UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN ALLIANCE BANK<br><br>Plaintiff,<br><br>v.<br><br>GERALD D. MEDINA, et al.<br><br>Defendants. | Case No.:  20cv1166-LAB (MSB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal, and Defendants have not answered or otherwise appeared.  Pursuant to Fed. R. Civ. P. 41(a), this action is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  January 8, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge